IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LUKE ALEXANDER PRINDABLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-cv-826-DWD |
| ) | |
| C/O THORPE, ) | |
| SERGEANT CHAMBERS, ) | |
| JOHN DOE, ) | |
| STATE OF ILLINOIS, ) | |
| ST. CLAIR COUNTY, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On February 17, 2022, the Court directed Plaintiff Luke Alexander Prindable to file an amended complaint by March 21, 2022. (Doc. 19). On February 28, 2022, Plaintiff sought a lengthy extension to file his amended complaint, which the Court denied as premature. (Docs. 20, 21). On April 11, 2022, the Court had not yet received anything from Plaintiff, so Plaintiff was given a final warning and an additional seven days to file an amended complaint. It is now April 27, 2022, and the Court still has not received any further correspondence from Plaintiff about the case. The Court clearly warned Plaintiff that if he failed to file an amended complaint, his case would be dismissed with prejudice for failure to state a claim or to comply with a court order. Accordingly, the Court will dismiss this matter with prejudice for failure to state a claim and failure to prosecute. *See* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under

Rule 41(b) a court has authority to dismiss an action with prejudice for failure to prosecute if a party does not provide a timely response to a court order).

**IT IS SO ORDERED.**

Dated: April 27, 2022

_____
DAVID W. DUGAN
United States District Judge